```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )           4:06CR3035
         v.                    )
                               )
WYMAN T. FULLER,               )
                               )        MEMORANDUM AND ORDER
              Defendant.       )
                               )
```

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 15. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the government sought detention. Defendant requested release on conditions. I find that defendant should be detained.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 12, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

IT IS FURTHER ORDERED:

1. The defendant's oral motion for furlough is granted in accordance with the terms announced from the bench.

2. The pretrial services officer shall investigate the third party custody proposal made by the defendant and report to the court and counsel.

DATED May 18, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge