IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3035 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| WYMAN T. FULLER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has submitted a document (filing 48) which I have construed to be a motion to reduce sentence pursuant to 18 U.S.C. 3582(c)(2), as a result of the amendments to the "crack" Guidelines. The government has responded (filing 53) asserting that the defendant is ineligible because the defendant is currently serving a sentence for violating his supervised release. Under the circumstances,

IT IS ORDERED that:

(1) The Federal Public Defender for the District of Nebraska is appointed to represent Mr. Fuller. The Defender or one of his assistants shall promptly enter an appearance.

(2) On or before March 28, 2008, the Federal Public Defender, serving as counsel for Mr. Fuller, will submit a brief in response to the government's brief. Ten days thereafter the government may submit a reply brief.

(3) The Clerk of Court shall provide a copy of this order to the Federal Public Defender and to the defendant at his last known address.

March 4, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge