IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3035 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| WYMAN T. FULLER, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

The defendant is not entitled to a sentence reduction under the retroactive amendments to the "crack" Guidelines because he was sentenced to the statutory minimum.  (*See* filings 42 and 43.)   Therefore,

IT IS ORDERED that:

1.  The motion to withdraw (filing 55) is granted and the Federal Public Defender is no longer responsible for representing the defendant.

2.  The defendant's motion for reduction of sentence (filing 48) is denied.

3.  The Clerk shall send a copy of this memorandum and order to the defendant at his last known address.

April 1, 2008.                                        BY THE COURT:

                                                                                   *s/Richard G. Kopf*
                                                                                 United States District Judge